**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10068-STA |
| WILL JONES, ) | |
|     Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on January 29, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Will Jones, appearing in person, and with counsel, Christina Wimbley.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, MAY 14, 2018 at 9:45 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 29th day of January, 2018.

                                                        s/ S. Thomas Anderson
                                                    CHIEF JUDGE, U. S. DISTRICT COURT